**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 N. WASHINGTON AVE., P.O. BOX 856
SCRANTON, PA 18501-0856
Chambers_of_Judge_Edwin_M._Kosik@pamd.uscourts.gov

EDWIN M. KOSIK
JUDGE

TEL. (570) 207-5730
FAX (570) 207-5739

June 14, 2010

*Via First-Class Mail and CM/ECF*

Robert Odell Davis
GG 6316
SCI-Smithfield
P.O. Box 999
1120 Pike Street
Huntingdon, PA 16652

  Re: <u>M.D. Pa. Case No. 09-cv-12</u>

Dear Mr. Davis,

  We have your motion seeking a temporary restraining order or a preliminary injunction, and an affidavit in support thereof. The Motion is being opposed with the filing of a brief dated May 25, 2010. Your Motion is denied for the following reasons.

  Upon receipt of your motion, we had our probation office make an inquiry with the institution. Your case manager has assured the court that this matter is being investigated and the investigation results will be reported to the court. He also advises that you are in restricted housing--not so much for your safety but because of a disciplinary decision. This suggests to us that you are as much of a problem as those who you claim are threatening to assault you.

  I hope all will be well.

           Sincerely,

           Edwin M. Kosik
           United States District Judge